607 A.2d 1073

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING

v.

George T. GRASSI, Appellant.

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided June 11, 1992.

Howard J. Levin, Philadelphia, for appellant.

John J. Heaton, Chief Counsel, Harold H. Cramer, Asst. Chief Counsel, David R. White, Timothy P. Wile, Asst. Counsels, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.